United States District Court
Middle District of Florida
Orlando Division

**LAURA JEAN EHMER,**

  *Plaintiff,*

v.             NO. 6:20-cv-1491-ORL-18PDB

**COMMISSIONER OF SOCIAL SECURITY,**

  *Defendant.*

---

# Order

  The Commissioner cannot timely file a certified transcript required under 42 U.S.C. § 405(g) because of a high volume of pending actions, pandemic-caused disruptions in operations, and related limitations. Doc. 14-1. The Commissioner therefore moves for another ninety-day stay. Doc. 14; *see* Doc. 13 (previous stay order). Laura Ehmer opposes any further stay and suggests the "Commissioner should be required to immediately produce a transcript, or the case should be remanded to an ALJ for additional administrative proceedings." Doc. 15 at 2. The Commissioner replies to her arguments. Doc. 18.

  The Commissioner demonstrates good cause. *See* Doc. 14-1 (declaration by the Executive Director for the Office of Appellate Operations for the Social Security Administration). As stated in other actions involving similar motions, the pandemic has caused substantial disruptions in most aspects of life and work, warranting lenity. Even in ordinary times, the Court liberally grants extensions requested by counsel on both sides due to workload demands.

The Court **grants** the motion, Doc. 14, and **stays** the case until April 15, 2021, or until the Commissioner files the answer and transcript, whichever is earlier. The case remains administratively closed.

**Ordered** in Jacksonville, Florida, on January 26, 2021.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*