United States District Court
Middle District of Florida
Orlando Division

**LAURA JEAN EHMER,**

    *Plaintiff,*

v.                                                                                                No. 6:20-cv-1491-PDB

**ACTING COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

_____

## Order

Before the Court is the Acting Commissioner of Social Security's unopposed motion to reverse the decision below and remand the case for the Acting Commissioner to take certain action. Doc. 32. Given the absence of opposition and based on the authority described in the motion, the Court:

1. **grants** the motion, Doc. 32;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case with directions to affirm the favorable portion of the Administrative Law Judge's decision, remand the period before October 1, 2019, for a new hearing before a different Administrative Law Judge, obtain new medical expert evidence, and reconsider Laura Jean Ehmer's age change in determining the date of disability; and

4. **directs** the clerk to enter judgment for Laura Jean Ehmer and against the Acting Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on September 13, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*